UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHEN E. PARKER | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * CIVIL ACTION NO. 2:06-CV-129 |
| | * |
| KEVIN S. GERRISH | * |
| | * |
| Defendants | * |
| | * |
| | * |

## PLAINTIFF'S PROPOSED VOIR DIRE

1. Have you, any member of your family or close friends worked in the area of law enforcement? In what capacity? Is this current or former employment?

2. Have you or any member of your family or close friend ever owned or operated a Taser weapon, or been present when a Taser weapon was operated?

3. Have you or any member of your family or a close friend ever been shot by a Taser weapon?

4. Are you or a member of your immediate family a member of any organization which advocates for tort reform, including limitations on access to the courts or civil justice system, or limitations on the amount of damages which may be awarded to a prevailing party?

Dated: September 24, 2007     /s/ Benjamin R. Gideon
                                                                    Benjamin R. Gideon, Esq.
                                                                    Berman & Simmons, P.A.
                                                                    P.O. Box 961
                                                                    Lewiston, ME 04243-0961
                                                                    (207) 784-3576
                                                                    bgideon@bermansimmons.com
                                                                    Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed Plaintiff's Proposed Voir Dire with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

>Edward R. Benjamin, Jr., Esq.
>Thompson & Bowie, LLP
>P.O. Box 4630
>Portland, ME  04112-4630

Dated:  September 24, 2007                    /s/ Benjamin R. Gideon
                                              Benjamin R. Gideon, Esq.
                                              Berman & Simmons, P.A.
                                              P.O. Box 961
                                              Lewiston, ME  04243-0961
                                              (207) 784-3576
                                              bgideon@bermansimmons.com
                                              Attorney for Plaintiff

299009.doc